MARY E. DEAN, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— In an action brought to recover the purchase price of a guaranteed mortgage certificate sold to the appellant by the respondent, based on an alleged rescission of the purchase because of alleged fraud, order striking the cause from the contract calendar in Westchester county (Rule 6 of the Rules of the Supreme Court, Westchester County), and placing the same upon the general calendar, affirmed, without costs.   Rule 6 does not contemplate an action in the legal category of this one. Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ., concur.

IRVING DEMSKY, Respondent, v. H-A-R-P REALTY CORPORATION, MORRIS DLUGASCH, Appellants; PARKWAY CENTER BUILDING CORPORATION and Others, Defendants.— In an action to recover a sum of money, being the balance due on a certain bond and also upon a collateral bond, order vacating the dismissal of this action under rule 2, [subdivision] (d), of the Kings County Supreme Court Rules, and restoring it to the calendar for trial, affirmed, with ten dollars costs and disbursements.   No opinion.   Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ., concur.

EMPIRE STATE MOTION PICTURE OPERATORS UNION, INC., Respondent, v. ROY P. MONAHAN, Appellant, and Others, Defendants.— In this action for an accounting the complaint alleges the breach of a fiduciary duty on the part of defendant Monahan, an attorney, and asks that all moneys or other property in his hands and in the hands of the other defendants be restored to plaintiff.   The appeal is by defendant Monahan from an order denying his motion to dismiss the complaint for insufficiency pursuant to Civil Practice Rule 106.   Order affirmed, with ten dollars costs and disbursements, with leave to answer within ten days after the entry of the order hereon.   No opinion.   Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ., concur.

MABEL L. FARRELL and ARTHUR A. FARRELL, Respondents, v. RAYMOND J. LUKOWIAK, Defendant, and MABEL FARRELL, Appellant.— In an action in which plaintiff-wife seeks to recover damages for personal injuries and plaintiff-husband for personal injuries and loss of services resulting from a collision of two automobiles, judgment in favor of plaintiffs unanimously affirmed, with costs.   No opinion.   Present — Hagarty, Carswell, Davis, Johnston and Taylor, JJ.

THE FIDELITY MUTUAL LIFE INSURANCE COMPANY OF PHILADELPHIA, PENNSYLVANIA, Respondent, v. HERMAN GLUCK, Also Known as MORRIS GLICK, Appellant.— In an action for rescission and cancellation of two policies of life insurance on the ground of misrepresentations in the applications therefor, the trial justice rendered a decision in favor of plaintiff.   Judgment unanimously affirmed, with costs.   No opinion.   Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

LILLIAN GARFINKEL, as Administratrix, etc., of ISRAEL GARFINKEL, Respondent, v. LAKESIDE HOTEL, INC., Appellant.— Order denying motion to dismiss plaintiff's complaint for failure to prosecute reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, without costs. Upon the facts as disclosed by this record, refusal to grant the motion was improvident.   Hagarty, Carswell, Davis, Adel and Close, JJ., concur.